UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAMEION PULLUM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Case No. 4:10 CV 618  RWS |
| | ) |
| TROY STEELE and | ) |
| CHRIS KOSTER, | ) |
| | ) |
| Respondents. | ) |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before me on the petition for writ of habeas corpus filed by Petitioner Dameion Pullum.  I referred this matter to United States Magistrate Judge Thomsa C. Mummert, III for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On April 29, 2013, Judge Mummert filed his recommendation that Pullum's habeas petition should be denied.

Objections to Judge Mummert's Report and Recommendation were due to be filed by May 13, 2013.  As of the date of this order, Pullum has not filed any objection to the Report and Recommendation.  After careful consideration, I will adopt and sustain the thorough reasoning of Judge Mummert's report and I will deny Pullum's habeas petition for the reasons stated in the Report and Recommendation dated April 29, 2013.

I have also considered whether to issue a certificate of appealability.  To grant a certificate of appealability, the Court must find a substantial showing of the denial of a federal constitutional right.  <u>See</u> <u>Tiedeman v. Benson</u>, 122 F.3d 518, 522 (8th Cir. 1997).  A substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve

the issues differently, or the issues deserve further proceedings. Cox v. Norris, 133 F.3d 565, 569 (8th Cir. 1997) (citing Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994). Because petitioner has not made such a showing in this case, I will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that Judge Mummert's Report and Recommendation filed on April 29, 2013 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner Dameion Pullum's Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2013.